U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 08 C 1720

Equal Employment Opportunity Commission, Plaintiff
    v.
Chateau Del Mar Inc., and Hickory Properties, Inc., a Delaware Corporation (improperly named as Hickory Hills Country Club, Inc.), Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Chateau Del Mar, Inc. and Hickory Properties, Inc. (improperly named as Hickory Hills Country Club, Inc.)

| | |
|---|---|
| NAME (Type or print) <br> J. Molly Wretzky | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ J. Molly Wretzky | |
| FIRM <br> Law Offices of Michael Lee Tinaglia, Ltd. | |
| STREET ADDRESS <br> 9700 W. Higgins Rd., Suite 1015 | |
| CITY/STATE/ZIP <br> Rosemont, IL 60018 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6287713 | TELEPHONE NUMBER <br> (847) 692-0421 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |