IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | 08 C 1720 |
| Plaintiff, | ) ) ) | JUDGE ANDERSEN |
| v. | ) ) | |
| CHATEAU DEL MAR, INC. and HICKORY PROPERTIES, INC., a Delaware Corporation (Improperly named as Hickory Hills Country Club, Inc.) Defendants. | ) ) ) ) ) | MAGISTRATE JUDGE SCHENKIER |

## NOTICE OF FILING

TO:   EEOC
      John C. Hendrickson
      June Wallace Calhoun
      Diane I. Smason
      500 W. Madison, Suite 2800
      Chicago, IL 60661

   PLEASE TAKE NOTICE that on the 28th day of May, 2008, the undersigned caused the **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT** to be filed in the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is hereby served upon you.

                                    s/Michael Lee Tinaglia/
                                    Attorney for Defendant

MICHAEL LEE TINAGLIA
Law Offices of Michael Lee Tinaglia
9700 W. Higgins Rd. Suite 1015
Rosemont, Illinois 60018
(847) 692-0421
(847) 685-8440 Fax
Cook Attorney #22869
ARDC # 2835886
mltinaglia@tinaglialaw.com

## CERTIFICATE OF SERVICE

The undersigned, certifies that he filed **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT** by electronic filing on the 28th day of May, 2008.

By: s/Michael Lee Tinaglia

Michael Lee Tinaglia
J.MollyWretzky
Law Offices of Michael Lee Tinaglia, Ltd.
9700 West Higgins Road
Suite 1015
Rosemont, Illinois 60018
(847) 692-0421
(847) 685-8440 Fax
Cook Attorney #22869
ARDC # 2835886
mltinaglia@tinaglialaw.com

Thomas Paris, Esq.
55 West Monroe
Chicago, Illinois 60602
(312) 759-1600
(312) 201-1436 Fax
tomparislaw@sbcglobal.net