IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN CURRY, JOAN KNABLE and JILL RADDATZ, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 08 C 1720 |
| v. | ) ) | JUDGE PALLMEYER |
| CHATEAU DEL MAR, INC., and HICKORY HILLS COUNTRY CLUB, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

TO:   COUNSEL ON ATTACHED SERVICE LIST

**Please take notice** that on **June 25, 2008** at **8:45 a.m.** I will present **EEOC'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT,** a copy of which has been served on you, before the Honorable Judge Rebecca Pallmeyer of the United States District Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn, Chicago, Illinois 60604.

s/ June Wallace Calhoun
June Wallace Calhoun
ARDC # 06202058
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
500 West Madison Street, Suite 2800
Chicago, Illinois 60661
Telephone: (312) 353-7259
Fax: (312) 353-8555
E-Mail: june.calhoun@eeoc.gov

## **CERTIFICATE OF SERVICE**

      I, June Wallace Calhoun, an attorney, hereby certify that I caused a copy of **NOTICE OF MOTION AND MOTION BY U.S. EQUAL EMPLOYMENT OPPORTUNITY FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** to be filed and served electronically on June 20, 2008, to the following counsel of record:

Timothy M. Nolan
Nolan Law Office
53 W. Jackson Blvd., Suite 1137
Chicago, IL 60604-3702
312-322-1100
312-322-1106 (Fax)
tmnolanlaw@sbcglobal.net

Michael Lee Tinaglia
J. Molly Wretzky
Law Offices of Michael Lee Tinaglia, Ltd.
9700 West Higgins Road, Suite 1015
Rosemont, IL 60018
847-692-0421
847-685-8440 (Fax)
mltinaglia@tinaglialaw.com

Thomas Paris, Esq.
50 W. Monroe, Suite 3950
Chicago, IL 60603
312-759-1600
312-201-1436 (Fax)
tomparislaw@sbcglobal.net

                                                s:/ June Wallace Calhoun
                                                June Wallace Calhoun