# United States District Court
# Northern District of Illinois

In the Matter of

### EEOC

v.

Chateau Del Mar, et al

Case No. 08 C 1720

Designated Magistrate Judge
Sidney I. Schenkier

### FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Wayne R. Andersen** to be related to **07 C 6021** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Rebecca R. Pallmeyer

Dated: June 18, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Rebecca R. Pallmeyer.**

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: JUN 1 8 2008

Finding of Relatedness (Rev. 9/99)