# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1720 | **DATE** | 6/25/2008 |
| **CASE TITLE** | EEOC vs. Chateau Del Mar, Inc., et al | | |

**DOCKET ENTRY TEXT**

EEOC's motion for leave to file First Amended Complaint *instanter* [14] granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|