

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**
www.ilnd.uscourts.gov

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: June Wallace Calhoun

FIRM: Equal Employment Opportunity Commission

STREET ADDRESS: 500 West Madison Street, Suite 2000

CITY/STATE/ZIP:   Chicago, IL 60619

PHONE NUMBER:   312-353-7259

E-MAIL ADDRESS: June.Calhoun@eeoc.gov

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):  06202058

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08 C 1720 | EEOC v. Chateau Del Mar, Inc. and Hickory Properties, Inc. | Judge Pallmeyer |
| 07 C 4925 | EEOC v. SkyWest Airlines, Inc. | Judge Andersen |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

_____s:// June Wallace Calhoun_____          _____July 08, 2008_
Attorney's Signature                                                                     Date