IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | 08 C 1720 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | JUDGE PALLMEYER |
| CHATEAU DEL MAR, INC. and HICKORY PROPERTIES, INC., a Delaware Corporation | ) ) ) ) | MAGISTRATE JUDGE NOLAN |
| Defendants. | ) ) | |

## NOTICE OF MOTION

TO:  EEOC                                   Timothy Nolan
     John C. Hendrickson                    Nolan Law Office
     June Wallace Calhoun                   53 West Jackson Blvd.
     Diane I. Smason                        Suite 1137
     500 W. Madison, Suite 2800             Chicago, IL 60604
     Chicago, IL 60661

    PLEASE TAKE NOTICE that on July 28 , at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear in **Room 2119, 219 South Dearborn Street, Chicago, Illinois before Honorable Rebecca Pallmeyer**, or any judge sitting in her stead, and then and there present **DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS and MEMORANDUM IN SUPPORT OF MOTION TO DISMISS,** copies which is hereby served upon you.

                                                    s/Michael Lee Tinaglia/
                                                     Attorney for Defendant

MICHAEL LEE TINAGLIA
Law Offices of Michael Lee Tinaglia
9700 W. Higgins Rd. Suite 1015
Rosemont, Illinois 60018
(847) 692-0421
(847) 685-8440 Fax
Cook Attorney #22869
ARDC # 2835886

## CERTIFICATE OF SERVICE

The undersigned, certifies that he filed the foregoing Notice of Filing and the documents described therein by electronic filing on this 24th day of July, 2008.

By: s/Michael Lee Tinaglia

Michael Lee Tinaglia
J.MollyWretzky
Law Offices of Michael Lee Tinaglia, Ltd.
9700 West Higgins Road
Suite 1015
Rosemont, Illinois 60018
(847) 692-0421
(847) 685-8440 Fax
Cook Attorney #22869
ARDC # 2835886
mltinaglia@tinaglialaw.com

Thomas Paris, Esq.
55 West Monroe
Chicago, Illinois 60602
(312) 759-1600
(312) 201-1436 Fax
tomparislaw@sbcglobal.net