# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1720 | **DATE** | 7/28/2008 |
| **CASE TITLE** | EEOC vs. Chateau Del Mar, Inc., et al | | |

**DOCKET ENTRY TEXT**

Defendants FRCP 12(b) motion to dismiss [21] denied. EEOC stipulates it will not seek additional recovery on the part of the three charging parties, beyond what they may recover in the companion case. Rule 16 conference set for 8/27/2008 at 9:00. Rule 26(a)(1) disclosures to be made in 14 days. Case is consolidated for pretrial purposes only with 07 C 6021, *Curry v. Chateau Del Mar Inc., et al*.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | ETV |
|---|---|---|