IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY ) <br>     OPPORTUNITY COMMISSION,      ) <br>                                                 ) <br>                   Plaintiff,             ) <br>                                                 ) <br>    v.                                              ) <br>                                               ) <br> CHATEAU DEL MAR, INC., and     ) <br> HICKORY HILLS PROPERTIES, INC.,  ) <br>                                               ) <br>                 Defendants.      ) <br> _____) | CIVIL ACTION NO. 08 C 1720 <br><br> JUDGE PALLMEYER <br> MAGISTRATE JUDGE NOLAN |

### NOTICE OF MOTION

    TO:    COUNSEL ON ATTACHED SERVICE LIST

**Please take notice** that on Thursday, September 11, 2008, at 8:45 a.m. I will present **EEOC'S MOTION TO QUASH SUBPOENAS,** a copy of which has been served on you, before the Honorable Judge Rebecca Pallmeyer of the United States District Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn, Chicago, Illinois 60604.

                                                                s/: June Wallace Calhoun
                                                                June Wallace Calhoun
                                                                ARDC # 06202058
                                                                EQUAL EMPLOYMENT OPPORTUNITY
                                                                  COMMISSION
                                                                500 West Madison Street, Suite 2800
                                                                Chicago, Illinois 60661
                                                               Telephone: (312) 353-7259
                                                               Fax: (312) 353-8555
                                                               E-Mail: june.calhoun@eeoc.gov

**CERTIFICATE OF SERVICE**

      I, June Wallace Calhoun, an attorney, hereby certify that I caused a copy of **NOTICE OF MOTION AND MOTION BY U.S. EQUAL EMPLOYMENT OPPORTUNITY TO QUASH SUBPOENAS,** to be filed and served electronically on September 5, 2008, to the following counsel of record:

Timothy M. Nolan
Nolan Law Office
53 W. Jackson Blvd., Suite 1137
Chicago, IL 60604-3702
312-322-1100
312-322-1106 (Fax)
tmnolanlaw@sbcglobal.net

Michael Lee Tinaglia
J. Molly Wretzky
Law Offices of Michael Lee Tinaglia, Ltd.
9700 West Higgins Road, Suite 1015
Rosemont, IL 60018
847-692-0421
847-685-8440 (Fax)
mltinaglia@tinaglialaw.com

Thomas Paris, Esq.
50 W. Monroe, Suite 3950
Chicago, IL 60603
312-759-1600
312-201-1436 (Fax)
tomparislaw@sbcglobal.net

                                                    s:/ June Wallace Calhoun
                                                    June Wallace Calhoun