### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | 08 C 1720 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | JUDGE PALLMEYER |
| CHATEAU DEL MAR, INC. and HICKORY PROPERTIES, INC., a Delaware Corporation | ) ) ) ) | MAGISTRATE JUDGE NOLAN |
| Defendants. | ) ) | |

### NOTICE OF FILING

TO:   EEOC                                 Timothy Nolan
John C. Hendrickson          Nolan Law Office
June Wallace Calhoun         53 West Jackson Blvd.
Diane I. Smason               Suite 1137
500 W. Madison, Suite 2800   Chicago, IL 60604
Chicago, IL 60661

      PLEASE TAKE NOTICE that on the 10th day of September, 2008, the undersigned caused the **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT** to be filed in the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is hereby served upon you.

                            s/Michael Lee Tinaglia/
                            Attorney for Defendant

MICHAEL LEE TINAGLIA
Law Offices of Michael Lee Tinaglia
9700 W. Higgins Rd. Suite 1015
Rosemont, Illinois 60018
(847) 692-0421
(847) 685-8440 Fax
Cook Attorney #22869
ARDC # 2835886

## CERTIFICATE OF SERVICE

The undersigned, certifies that he filed the foregoing Notice of Filing and the documents

described therein by electronic filing on the 10th day of September, 2008.

By: s/Michael Lee Tinaglia

Michael Lee Tinaglia
J.MollyWretzky
Law Offices of Michael Lee Tinaglia, Ltd.
9700 West Higgins Road
Suite 1015
Rosemont, Illinois 60018
(847) 692-0421
(847) 685-8440 Fax
Cook Attorney #22869
ARDC # 2835886
mltinaglia@tinaglialaw.com

Thomas Paris, Esq.
55 West Monroe
Chicago, Illinois 60602
(312) 759-1600
(312) 201-1436 Fax
tomparislaw@sbcglobal.net